STAYED,CLOSED,ECF,RELATED

# U.S. District Court
# Southern District of New York (White Plains)
# CIVIL DOCKET FOR CASE #: 7:17−cv−07493−VB

Atiles et al v. Equifax, Inc. et al  
Assigned to: Judge Vincent L. Briccetti  
Related Case: 7:17−cv−06868−VB  
Cause: 15:1681 Fair Credit Reporting Act  

Date Filed: 10/01/2017  
Date Terminated: 12/29/2017  
Jury Demand: Plaintiff  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question  

**Plaintiff**

**Jose Atiles**  
*individually and on behalf of all others similarly situated*

represented by **Wesley Martin Mullen**  
Mullen P.C.  
200 Park Avenue, Suite 1700  
New York, NY 00000  
646−632−3718  
Email: wmullen@mullenpc.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauren Solin**  
*individually and on behalf of all others similarly situated*

represented by **Wesley Martin Mullen**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Equifax, Inc.**

represented by **Peter Joseph Isajiw**  
King & Spalding LLP (NYC)  
1185 Avenue of the Americas  
New York, NY 10036  
(212)−556−2100  
Fax: (212)−556−2222  
Email: pisajiw@kslaw.com  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Equifax Information Services, LLC**

represented by **Peter Joseph Isajiw**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2017 | Ï 1 | COMPLAINT against Equifax Information Services, LLC, Equifax, Inc.. (Filing Fee $ 400.00, Receipt Number 0208−14190384)Document filed by Lauren Solin, Jose Atiles.(Mullen, Wesley) (Entered: 10/01/2017) |
| 10/01/2017 | Ï 2 | CIVIL COVER SHEET filed. (Mullen, Wesley) (Entered: 10/01/2017) |

| | | |
|---|---|---|
| 10/01/2017 | Ï 3 | **FILING ERROR – DEFICIENT** STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:17–CV–06883–VB. Document filed by Jose Atiles, Lauren Solin.(Mullen, Wesley) Modified on 10/2/2017 (vf). (Entered: 10/01/2017) |
| 10/02/2017 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RELATED CASE STATEMENT. Notice to attorney Wesley Martin Mullen to RE–FILE Document No. 3 Statement of Relatedness. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the related case statement is not correct. Re–file the document using the event type Statement of Relatedness found under the event list Other Documents – select the correct filer – enter the related case number when prompted – and attach the correct PDF. (vf)** (Entered: 10/02/2017) |
| 10/02/2017 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to Equifax, Inc., re: 1 Complaint. Document filed by Jose Atiles, Lauren Solin. (Mullen, Wesley) (Entered: 10/02/2017) |
| 10/02/2017 | Ï 5 | REQUEST FOR ISSUANCE OF SUMMONS as to Equifax Information Services LLC, re: 1 Complaint. Document filed by Jose Atiles, Lauren Solin. (Mullen, Wesley) (Entered: 10/02/2017) |
| 10/02/2017 | Ï 6 | **FILING ERROR – DEFICIENT** STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:17–CV–06883–VB; MDL 2800. Document filed by Jose Atiles, Lauren Solin.(Mullen, Wesley) Modified on 10/2/2017 (vf). (Entered: 10/02/2017) |
| 10/02/2017 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Unassigned. (vf) (Entered: 10/02/2017) |
| 10/02/2017 | Ï | Case Designated ECF. (vf) (Entered: 10/02/2017) |
| 10/02/2017 | Ï | CASE REFERRED TO Judge Vincent L. Briccetti as possibly related to 17cv6883; 17cv6868; 17cv6946; 17cv7090;17cv7088. (vf) (Entered: 10/02/2017) |
| 10/02/2017 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT RELATED CASE STATEMENT. Notice to attorney Wesley Martin Mullen to RE–FILE Document No. 6 Statement of Relatedness. The filing is deficient for the following reason(s): divisional office code errors on case numbers provided. Re–file the document using the event type Statement of Relatedness found under the event list Other Documents – select the correct filer – enter the related case number when prompted – and attach the correct PDF. (vf)** (Entered: 10/02/2017) |
| 10/03/2017 | Ï 7 | ELECTRONIC SUMMONS ISSUED as to Equifax Information Services, LLC. (pc) (Entered: 10/03/2017) |
| 10/03/2017 | Ï 8 | ELECTRONIC SUMMONS ISSUED as to Equifax, Inc.. (pc) (Entered: 10/03/2017) |
| 10/03/2017 | Ï 9 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 7:17–cv–06883–VB; MDL 2800. Document filed by Jose Atiles, Lauren Solin.(Mullen, Wesley) (Entered: 10/03/2017) |
| 10/04/2017 | Ï | CASE ACCEPTED AS RELATED. Create association to 7:17–cv–06868–VB. Notice of Assignment to follow. (ma) (Entered: 10/04/2017) |
| 10/04/2017 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Vincent L. Briccetti. Judge Unassigned is no longer assigned to the case. (ma) (Entered: 10/04/2017) |
| 10/04/2017 | Ï | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (ma) (Entered: 10/04/2017) |
| 10/04/2017 | Ï 10 | |

|  |  |  |
|---|---|---|
|  |  | WAIVER OF SERVICE RETURNED EXECUTED. Equifax Information Services, LLC waiver sent on 10/4/2017, answer due 12/4/2017; Equifax, Inc. waiver sent on 10/4/2017, answer due 12/4/2017. Document filed by Lauren Solin; Jose Atiles. (Mullen, Wesley) (Entered: 10/04/2017) |
| 11/28/2017 | 11 | NOTICE OF APPEARANCE by Peter Joseph Isajiw on behalf of Equifax Information Services, LLC, Equifax, Inc.. (Isajiw, Peter) (Entered: 11/28/2017) |
| 11/28/2017 | 12 | LETTER MOTION to Stay *all proceedings and deadlines in this action, pending resolution of motions for transfer and consolidation under 28 U.S.C. § 1407 that are currently pending before the Judicial Panel on Multidistrict Litigation (JPML) in In re Equifax, Inc., Customer Data Security Breach Litigation, MDL No. 2800* addressed to Judge Vincent L. Briccetti from Peter J. Isajiw dated November 28, 2017. Document filed by Equifax Information Services, LLC, Equifax, Inc.. (Attachments: # 1 Exhibit A – Proposed Order)(Isajiw, Peter) (Entered: 11/28/2017) |
| 11/28/2017 | 13 | ORDER granting 12 Letter Motion to Stay: All proceedings and deadlines in this case are stayed until the Judicial Panel on Multidistrict Litigation resolves the Motions for Consolidation and Transfer Under 28 U.S.C. § 1407 filed in In re Equifax, Inc., Customer Data Security Breach Litigation, MDL No. 2800 (J.P.M.L. Sept. 11, 2017). (HEREBY ORDERED by Judge Vincent L. Briccetti)(Text Only Order) (Briccetti, Vincent) (Entered: 11/28/2017) |
| 12/29/2017 | 14 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action from the U.S.D.C. – S.D.N.Y to the United States District Court – Northern District of Georgia. (Signed by MDL Panel on 12/18/2017) (sjo) (Entered: 12/29/2017) |
| 12/29/2017 |  | MDL TRANSFER OUT ELECTRONICALLY: to the United States District Court – Northern District of Georgia. (sjo) (Entered: 12/29/2017) |