IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re: Equifax, Inc. Customer
Data Security Breach Litigation

_____

)   MDL Docket No. 2800
)   Case No.: 1:17-md-2800-TWT
)
)   ALL ACTIONS
)

**CASE MANAGEMENT ORDER NO. 2**

On December 11, 2017, the Court entered Case Management Order No. 1 (Doc. No. 23) ("CMO 1"), governing this multidistrict proceeding. In accordance with CMO 1, the parties' counsel submitted their preliminary reports, *ex parte*, on January 5, 2018, and, through their counsel, conducted an initial conference to discuss the matters set forth in CMO 1. Based upon the agreement of counsel and for good cause shown, the Court further orders as follows:

**(1)   Separate Tracks for Consumer and Financial Institutions Actions.**

The putative class actions consolidated in this proceeding assert claims on behalf of (1) consumers (including the 145.5 million individuals who Plaintiffs allege had their personal information compromised in the breach) and (2) financial institutions. A third type of plaintiffs – small businesses that are not included in the putative class individuals whose information was compromised in the breach –

have asserted claims in the *Kademi, LLC, et al. v. Equifax, Inc.*, 1:2017-cv-03886 (N.D. Ga., Filed 10/4/2017) and *O'Dell Properties, LLC et al. v. Equifax, Inc.*, 1:2017-cv-03618 (N.D. Ga., Filed 09/19/2017) actions. Counsel for the small business plaintiffs has agreed to work with appointed lead counsel for the consumer track to include such small business claims in any consolidated amended complaint. In the event those claims are not included in any consolidated amended complaint, the small business plaintiffs may seek leave to establish a separate track for such cases. Accordingly, to manage this multidistrict proceeding most efficiently, the Court hereby creates separate tracks for the consumer and financial institution actions. Exhibit 1A to this Order lists the actions filed on behalf of individuals. Exhibit 1B to this Order lists the actions filed on behalf of small businesses. Exhibit 2 to this Order lists the actions filed on behalf of financial institutions. If and when additional actions are filed in or transferred to this Court, the actions will be assigned to the appropriate track. The Court intends to appoint separate leadership for plaintiffs in each track. Except where it is most cost-effective and efficient to do otherwise, the Court intends for the tracks to proceed on the same discovery schedule and that counsel appointed to lead the separate tracks coordinate as closely as possible to avoid duplication of effort. The Court

further intends, however, that pleadings and motions proceed separately in each track.

(2) **Master Complaints for Each Track and Briefing on Rule 12(b) Motions.** To facilitate the efficient handling of this multidistrict litigation, the Court directs that plaintiffs file a master consolidated complaint in each track and that dismissal motion practice in each track proceed according to the following schedule:

| **Event** | **Consumer Track Deadline** | **Financial Inst. Track Deadline** |
| --- | --- | --- |
| Filing Master Consolidated Complaint | 60 days after lead counsel appointed | 75 days after lead counsel appointed |
| Rule 12(b) motions | 45 days after Master Consolidated Complaint filed | 45 days after Master Consolidated Complaint filed |
| Plaintiffs' oppositions | 45 days after 12(b) motion/s filed | 45 days after 12(b) motion/s filed |
| Defendant's replies | 30 days after Plaintiffs' opposition/s filed | 30 days after Plaintiffs' opposition/s filed |

(3) **Captions and Filing.** The parties shall file all documents on the Master Docket, Case No.: 1:17-md-2800-TWT. All documents shall bear the following caption:

```
_____
                              )    MDL Docket No. 2800
In re: Equifax, Inc. Customer )    No.: 1:17-md-2800-TWT
Data Security Breach Litigation )
                              )
_____)
```

When a pleading, motion, or other document is intended to be applicable to both the consumer and financial institution tracks (and, if approved, the small business track), the words "ALL ACTIONS" shall appear immediately below "No.: 1:17-md-2800-TWT" in the caption set forth above. When a pleading, motion, or other document is intended to be applicable to only one track, the words "CONSUMER ACTIONS" or "FINANCIAL INSTITUTION ACTIONS" (or, if approved, "SMALL BUSINESS ACTIONS") shall appear in the caption. Service of any document filed in connection with this multidistrict litigation will be sufficient if made upon all attorneys who have registered with the Court's CM/ECF system.

No pleadings, motions, or other documents will be filed in any of the dockets that have been established for the individual cases that are part of this multidistrict litigation. The Court intends to administratively close each of the individual cases after the above-referenced Master Consolidated Complaints are filed.

**(4)** **Appointment of Leadership.** As discussed above and in CMO 1, the Court intends to appoint plaintiffs' lead counsel, plaintiffs' steering committee, and

plaintiffs' liaison counsel (or other appropriate structure) for each of the tracks. Counsel interested in being considered for appointment to one of these positions shall file an application—either individually or jointly—with the Court by February 2, 2018, addressing each of the criteria set forth in CMO 1 and Rule 23(g), and specifying the position(s) for which counsel seek appointment. If plaintiffs' counsel in any of the tracks reach an agreement among themselves regarding a proposed leadership structure, they shall file their proposal with the Court no later than February 2, 2018.

**(5)** **Proposed Discovery Plan and Scheduling Order.** Within thirty (30) days after appointment of plaintiffs' leadership in each track, all parties are directed to meet and confer and present to the Court a proposed discovery plan under Rule 26(f), as well as a suggested schedule under Rule 16(b) for joinder of parties, consideration of any class action allegations, motions, and trial.

**(6)** **Status Conferences.** The Court intends to schedule and hold status conferences approximately every six weeks. Counsel shall meet and confer in advance of each status conference and submit to the Court no later than 2:00 p.m. two (2) days before the status conference a joint agenda listing all matters to be considered.

**(7)** **Further Case Management Orders.** Within thirty (30) days after the Court appoints plaintiffs' leadership the parties shall meet and confer for the purpose of agreeing upon further case management orders to propose to the Court concerning: (a) exchanging initial disclosures, amending the pleadings, class certification motions, and dispositive motions; (b) a protocol to govern discovery including such matters as changes to the limitations on discovery imposed by the Rules and other means to most efficiently conduct discovery; (c) preservation of documents; (d) handling of confidential documents; and (e) a protocol for electronically stored information ("ESI"), including, identification of custodians whose information will be searched and the terms that will be used in such searches . The Court directs the parties to move expeditiously on these matters and report on their progress at the next status conference. This Order and any further Case Management Orders issued in this action shall supersede the Court's Local Rules to the extent those Rules are inconsistent with such Orders.

**(8)** **Joint Preliminary Report and Discovery Plan.** Having already filed the preliminary reports required by CMO 1 and having been directed by this Order to meet and confer regarding further case management orders, the parties are excused from filing the Joint Preliminary Report and Discovery Plan required by the Local Rules.

**(9)** **Joinder and Determination of Appropriate Parties.** The parties shall immediately notify each other and the Court if they are aware of any necessary parties who have not been joined, any party that has been improperly joined, or any party that has been inaccurately named.

**(10)** **Settlement.** The parties are expected to consider and discuss settlement on an ongoing basis.

**(11)** **Jurisdiction.** The parties agree that this Court has personal jurisdiction over cases originally filed in this Court, as well as cases that are transferred to this Court for pretrial purposes, pursuant to the Judicial Panel on Multidistrict Litigation's Transfer Order pertaining to this litigation. The parties reserve all rights with regard to the Court's Article III jurisdiction.

**(12)** **Document Preservation.** Pending entry of any further document preservation order (*see* Paragraph 7(c), above), the parties are directed to take reasonable steps to preserve all documents in their possession, custody, or control relating to the claims and defenses in this action. Furthermore, to protect documents in the hands of third parties relevant to this action, the parties are directed to meet and confer within fourteen (14) days after the Court appoints plaintiffs' leadership to identify potential third parties who may possess discoverable documents and to agree upon a procedure of notifying such third

parties of the necessity of preserving their documents. In the absence of an agreement between the parties upon an appropriate procedure, the Court will consider a request by plaintiffs for leave to serve document preservation subpoenas upon third parties who may have discoverable documents.

(13) **Communications with Putative Class Members.** In accordance with Local Rule 23.1(C)(2), the parties have begun conferring regarding whether proper management of this multidistrict litigation or the interests of putative class members require the entry of an order limiting communications with putative class members. The parties agree to continue to meet and confer on this issue and will provide the Court with an update at the next status conference

(14) **Inclusion of Subsequently Filed Actions.** JPML Rule 7.2(a) states: "Potential tag-along actions filed in the transferee district do not require Panel action. A party should request assignment of such actions to the Section 1407 transferee judge in accordance with applicable local rules." Therefore, when any party becomes aware of a potential tag-along action pending in this District, they may file a notice of tag-along action on the docket of this MDL and on the docket of the potential tag-along action. The notice shall specify whether the potential tag-along action belongs in the consumer or financial institution track (and, if approved, the small business track). Any party opposing transfer and consolidation

of the potential tag-along action shall then have seven (7) days in which to object to its inclusion in this multidistrict litigation. If no objection is lodged, the action shall be consolidated herein after the seven (7) day objection period expires. If a party objects, the Court shall set a briefing schedule and determine whether transfer and consolidation are appropriate based on the parties' submissions.

**(15) MDL Website.** The Court intends to create a website for the posting of Court orders of importance in this case, which shall be located at the following URL: http://www.gand.uscourts.gov/multi-district-litigation-cases. The Court will request the assistance of defendant's counsel and plaintiffs' Court-appointed leadership in drafting a summary of the action for the Court website.

SO ORDERED, this 9 day of January 2018.

*Thomas W. Thrash*
Thomas W. Thrash, Jr.
Chief United States District Judge

Submitted by:

*/s/ David J. Worley*
**EVANGELISTA WORLEY, LLC**
David J. Worley
Ga. Bar No. 776665
James M. Evangelista
Ga. Bar No. 707807
Kristi Stahnke McGregor
Ga. Bar No. 674012
8100A Roswell Road, Suite 100
Atlanta, GA  30350

*/s/ David L. Balser*
**KING & SPALDING LLP**
David L. Balser
Georgia Bar No. 035835
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II
Georgia Bar No. 336104
Elizabeth D. Adler
Georgia Bar No. 558185

Phone: (404)205-8400
Fax: (404)205-8395
david@ewlawllc.com
jim@ewlawllc.com
kristi@ewlawllc.com

*Counsel for Plaintiffs*

John C. Toro
Georgia Bar No. 175145
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Tel.:  (404) 572-4600
Fax:  (404) 572-5140
dbalser@kslaw.com
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com
jtoro@kslaw.com

*Counsel for Equifax Inc., Equifax Information Services LLC, Equifax Consumer Services LLC, TrustedID, Inc., and Equifax Credit Information Services, Inc.*

*Additional Counsel for Plaintiffs:*

*/s/ Jeffrey S. Abraham*
Jeffrey S. Abraham
Matthew E. Guarnero
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
One Penn Plaza, Suite 2805
New York, New York 10119
Tel.: 212-279-5050
JAbraham@aftlaw.com
MGuarnero@aftlaw.com

*/s/ Tina Wolfson*
Tina Wolfson
**AHDOOT & WOLFSON, PC**
10728 Lindbrook Drive
Los Angeles, California 90024-3102
Tel (310) 474-9111
Fax (310) 474-8585
twolfson@ahdootwolfson.com

*/s/ Roy E. Barnes*
Roy E. Barnes
Georgia Bar No. 039000
John R. Bevis
Georgia Bar No. 056110
J. Cameron Tribble
Georgia Bar No. 754759
**BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Tel: (770) 227-6375
Fax: (770) 227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com
ctribble@barneslawgroup.com

*/s/ Ben Barnow*
Ben Barnow
Erich P. Schork
**BARNOW AND ASSOCIATES, P.C.**
One North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

*/s/ Sherrie Savett*
Sherrie Savett
Jon Lambiras
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3071
Fax: (215) 875-5715
ssavett@bm.net
jlambiras@bm.net

*/s/ Charles H. Van Horn*
Charles H. Van Horn
Ga. Bar No. 724710
**BERMAN FINK VANHORN P.C.**
3475 Piedmont Road, Suite 1100
Atlanta, GA 30305
Telephone: 404-261-7711
Facsimile: 404-233-1943
cvanhorn@bfvlaw.com

*/s/ Timothy G. Blood*
Timothy G. Blood
**BLOOD HURST & O'REARDON, LLP**
701 B Street, Suite 1700
San Diego, CA 92101
Tel: (619) 338-1100
Fax: (619) 338-1101
tblood@bholaw.com

*/s/ Gary F. Lynch*
Gary F. Lynch
Jamisen A. Etzel

Bryan A. Fox
**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
glynch@carlsonlynch.com
jetzel@carlsonlynch.com
bfox@carlsonlynch.com

*/s/ Allen Carney*
Allen Carney
Joseph Henry Bates
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Telephone: 501-312-8500
Facsimile: 501-312-8505
acarney@cbplaw.com
hbates@cbplaw.com

*/s/ W. Pitts Carr*
W. Pitts Carr
Alex D. Weatherby
**CARR & WEATHERBY LLP**
4200 Northside Pkwy NW, Building 10
Atlanta, GA 30327
Tel.: (404) 442-9000
Fax: (404) 442-9700
pcarr@wpcarr.com
aweatherby@wpcarr.com

*/s/ Bryan L. Bleichner*
Bryan L. Bleichner
**CHESTNUT CAMBRONNE**
17 North Washington Avenue
Suite 300
Minneapolis, MN 55401
Telephone: 612.339.7300
Facsimile: 612.336.2940
bbleichner@chestnutcambronne.com

11

*/s/ Andrew N. Friedman*
Andrew N. Friedman
Douglas J. McNamara
Sally Handmaker
Eric S. Berelovich
**COHEN MILSTEIN, SELLERS & TOLL PLLC**
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Tel: (202) 408-4600
afriedman@cohenmilstein.com
dmcnamara@cohenmilstein.com
shandmaker@cohenmilstein.com
eberelovich@cohenmilstein.com

*/s/ David M. Cohen*
David M. Cohen
**COMPLEX LAW GROUP, LLC**
Ga. Bar No. 173503
40 Powder Springs Street
Marietta, GA 30064
Telephone: 770-200-3100
Facsimile: 770-200-3101
dcohen@complexlaw.com

*/s/ Ranse M. Partin*
Ranse M. Partin, Esq.
Georgia Bar No. 556260
**CONLEY GRIGGS PARTIN LLP**
4200 Northside Parkway, N.W.
Building One, Suite 300
Atlanta, Georgia 30327
Telephone: 404-809-2591
Facsimile: 404-467-1166
ranse@conleygriggs.com

*/s/ Adam J. Levitt*
Adam J. Levitt
Mark A. DiCello
Amy E. Keller
Daniel R. Ferri
**DICELLO LEVITT & CASEY LLC**
Ten North Dearborn Street, Eleventh Floor

Chicago, Illinois 60602
Tel: (312) 214-7900
alevitt@dlcfirm.com
madicello@dlcfirm.com
akeller@dlcfirm.com
dferri@dlcfirm.com

*/s/ Kenneth S. Canfield*
Kenneth S. Canfield
Georgia Bar No. 107744
**DOFFERMYRE SHIELDS CANFIELD & KNOWLES, LLC**
1355 Peachtree St., NE, Suite 1600
Atlanta, Georgia 30309
Tel: (404) 881-8900
kcanfield@dsckd.com

*/s/ Jason R. Doss*
Jason R. Doss
Georgia Bar No. 227117
**THE DOSS FIRM, LLC**
36 Trammell Street, Suite 101
Marietta, Georgia 30064
(770) 578-1314 (T)
(770) 578-1302 (F)
jasondoss@dossfirm.com

*/s/ William B. Federman*
William B. Federman
Carin L. Marcussen
Joshua D. Wells
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Tel: (405) 235-1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com
clm@federmanlaw.com
jdw@federmanlaw.com

*/s/ J. Benjamin Finley*
J. Benjamin Finley
MaryBeth V. Gibson
R. Walker Garrett
**THE FINLEY FIRM, P.C.**
Piedmont Center
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
T: (404) 320-9979
F: (404) 320-9978
bfinley@thefinleyfirm.com
mgibson@thefinleyfirm.com
wgarrett@thefinleyfirm.com

*/s/ Mark C. Gardy*
Mark C. Gardy
Orin Kurtz
**GARDY & NOTIS, LLP**
Tower 56
126 East 56th Street, 8th Floor
New York, New York 10022
Tel: (212) 905-0509
Fax: (212) 905-0508
mgardy@gardylaw.com
okurtz@gardylaw.com

*/s/ Lori G. Feldman*
Lori G. Feldman
**GERAGOS & GERAGOS APC**
7 West 24th Street
New York, NY 10010
Telephone: (917) 388-3121
lori@geragos.com

*/s/ Mark J. Geragos*
Mark J. Geragos
Ben J. Meiselas
**GERAGOS & GERAGOS APC**
Historic Engine Co. No. 28
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255
geragos@geragos.com
meiselas@geragos.com

*/s/ Troy N. Giatras*
Troy N. Giatras Esq.
**THE GIATRAS LAW FIRM PLLC**
118 Capitol Street, 4th Floor
Charleston, WV. 25301
Phone: (304) 343-2900
Fax: (304)343-2942
troy@thewvlawfirm.com

*/s/ Eric H. Gibbs*
Eric H. Gibbs
**GIBBS LAW GROUP LLP**
One Kaiser Plaza, Suite 1125
Oakland, California 94612
Telephone: (510) 350-9700
Facsimile: (415) 350-9701
ehg@classlawgroup.com

*/s/ Thomas A. Withers*
Thomas A. Withers
Ga. Bar No. 772250
**GILLEN WITHERS & LAKE, LLC**
8 E. Liberty Street
Savannah, GA 31401
Telephone: 912.447.8400
Facsimile: 912.629.6347
twithers@gwllawfirm.com

*/s/ Anthony C. Lake*
Anthony C. Lake
Ga. Bar No. 431149
**GILLEN WITHERS & LAKE, LLC**
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, GA 30305
Telephone: 404.842.9700
Facsimile: 404.842.9750
aclake@gwllawfirm.com

*/s/ Amy Zeman*
Eric H. Gibbs
Amy Zeman
David M. Berger
Adam E. Polk
Aaron Blumenthal
**GIRARD GIBBS LLP**
505 14th Street, Ste. 1110
Oakland, CA 94612
Tel: 510-350-9700
Fax: 510-350-9701
ehg@classlawgroup.com
amz@classlawgroup.com
dmb@classlawgroup.com
aep@girardgibbs.com
ab@classlawgroup.com

*/s/ Christopher T. Aumais*
Christopher T. Aumais
**GIRARDI | KEESE**
1126 Wilshire Blvd.
Los Angeles, CA 90017
P: 213-977-0211
F: 213-481-1554
caumais@girardikeese.com

*/s/ Jeffrey Goldenberg*
Jeffrey Goldenberg
**GOLDENBERG SCHNEIDER, L.P.A.**
One West Fourth Street, 18th Floor
Cincinnati, Ohio 45202
Tel.: (513) 345-8291
Fax: (513) 345-8294
JGoldenberg@gs-legal.com

*/s/ Thomas E. Loeser*
Thomas E. Loeser
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Tel. (206) 268-9337
TomLoeser@hbsslaw.com

*/s/ Stephen G. Lowry*
Stephen G. Lowry
Georgia Bar No. 460289
Madeline E. McNeeley
Georgia Bar No. 460652
**HARRIS LOWRY MANTON LLP**
400 Colony Square
1201 Peachtree St. NE, Suite 900
Atlanta, GA 30361
(404) 961-7650
steve@hlmlawfirm.com
molly@hlmlawfirm.com

*/s/ James Pizzirusso*
James Pizzirusso
Richard Lewis
**HAUSFELD**
1700 K St. NW, Suite 650
Washington, D.C. 20006
Tel: (202) 540-7200
jpizzirusso@hausfeld.com
rlewis@hausfeld.com

*/s/ Gary S. Graifman*
Gary S. Graifman
Jay I. Brody
**KANTROWITZ GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road
Chestnut Ridge, New York 10977
845-356-2570
ggraifman@kgglaw.com
jbrody@kgglaw.com

*/s/ Robert C. Khayat, Jr.*
Robert C. Khayat, Jr.
Georgia Bar No. 416981
**THE KHAYAT LAW FIRM**
75 Fourteenth Street, N.E.
Suite 2750
Atlanta, Georgia 30309
Telephone: 404-978-2750
Facsimile: 404-978-2901
rkhayat@khayatlawfirm.com

14

*/s/ Cari Campen Laufenberg*
Cari Campen Laufenberg
**KELLER ROHRBACK LLP**
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Tel. (206) 623-1900
claufenberg@KellerRohrback.com

*/s/ Jennifer L. Joost*
Jennifer L. Joost
**KESSLER TOPAZ MELTZER & CHECK LLP**
One Sansome Street
Suite 1850
San Francisco, CA 94104
Tel. (415) 400-3000
jjoost@ktmc.com

*/s/ David A. Bain*
David A. Bain
Georgia Bar No. 032449
**LAW OFFICES OF DAVID A. BAIN LLC**
1230 Peachtree Street, NE
Suite 1050
Atlanta, GA 30309
Telephone: (404) 724-9990
Facsimile:  (404) 724-9986
dbain@bain-law.com

*/s/ Richard R. Rosenthal*
Richard R. Rosenthal
**LAW OFFICES OF RICHARD R. ROSENTHAL, PC**
200 Title Building
300 N. Richard Arrington Jr., Blvd.
Birmingham, AL. 35303
Richard@lawrrr.com

*/s/ Arnold Levin*
Arnold Levin
Charles Schaffer
**LEVIN SEDRAN & BERMAN**
510 Walnut Street, Suite 500

Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
ALevin@lfsblaw.com
CSchaffer@lfsblaw.com

*/s/ Nicholas R. Diamond*
Nicholas R. Diamand
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson St, 8th Flr.
New York, NY 10013
Tel: 212-355-9500
Fax: 212-355-9592
ndiamand@lchb.com

*/s/ Karen Hanson Riebel*
Karen Hanson Riebel
Kate M. Baxter-Kauf
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Ave. S., Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
khriebel@locklaw.com
kmbaxter-kauf@locklaw.com

*/s/ Ariana J. Tadler*
Ariana J. Tadler
Elizabeth McKenna
Melissa Ryan Clark
**MILBERG TADLER PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119-0165
Tel: 212-594-5300
Fax: 212-868-1229
atadler@milberg.com
emckenna@milberg.com
mclark@milberg.com

15

*/s/ Steven F. Molo*
Steven F. Molo
**MOLOLAMKEN LLP**
430 Park Avenue
New York, New York 10022
Tel.: (212) 607-8160
Fax: (212) 607-8161
smolo@mololamken.com

*/s/ Justin B. Weiner*
Justin B. Weiner
Megan Cunniff Church
Daniel Michaeli
**MOLOLAMKEN LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Tel.: (312) 450-6700
Fax: (312) 450-6701
jweiner@mololamken.com
mchurch@mololamken.com
dmichaeli@mololamken.com

*/s/ John Yanchunis*
John Yanchunis
Marisa Glassman
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa Florida 33602
Tel: (813) 223-5505
Fax:  (813) 223-5402
jyanchunis@forthepeople.com
mglassman@forthepeople.com

*/s/ Jodi Westbrook Flowers*
Jodi Westbrook Flowers
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel. (843) 216-9163
jflowers@motleyrice.com

*/s/ Arthur M. Murray*
Arthur M. Murray
Stephen B. Murray, Sr.
Caroline W. Thomas
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: 504.525.8100
Facsimile: 504.584.5249
amurray@murray-lawfirm.com
smurray@murray-lawfirm.com
cthomas@murray-lawfirm.com

*/s/ Dianne Nast*
Dianne Nast
**NASTLAW LLC**
1101 Market Street, Suite 2801,
Philadelphia, PA 19107
Tel.: (215) 923-9300
Fax: (215) 923-9302
dnast@nastlaw.com

*/s/ Charles Barrett*
Charles Barrett
**NEAL & HARWELL, PLC**
1201 Demonbreun Suite 1000
Nashville, TN 37203
Telephone 615-238-3647
Mobile 615-293-7375
cbarrett@nealharwell.com

*/s/ Michael L. McGlamry*
Michael L. McGlamry
GA Bar 492515
N. Kirk Pope
GA Bar No. 584255
**POPE McGLAMRY, P.C.**
3391 Peachtree Road, NE, Suite 300
Atlanta, GA 30326
Tel: (404) 523-7706
Fax (404) 524-1648
E-mail: efile@pmkm.com

*/s/ David A. Reed*
David A. Reed
**REED & JOLLY, PLLC**
3711 Millpond Court
Fairfax, VA 22033
T: 703 675 9578
David@reedandjolly.com

*/s/ Stuart A. Davidson*
Stuart A. Davidson
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, Florida 33432
Tel. (561) 750-3000
Fax (561) 750-3364
sdavidson@rgrdlaw.com

*/s/ Karen S. Halbert*
Karen S. Halbert
Michael L. Roberts
Susan M. Fowler
**ROBERTS LAW FIRM, PA**
20 Rahling Circle
P.O. Box 241790
Little Rock, AR 72223
Telephone: 501-821-5575
Facsimile: 501-821-4474
karenhalbert@robertslawfirm.us
mikeroberts@robertslawfirm.us
susanfowler@robertslawfirm.us

*/s/ Stacey P. Slaughter*
Stacey P. Slaughter
William H. Stanhope (GA #675025)
James Kitces (GA #424420)
Sam E. Khoroosi
J. Austin Hurt
Michael J. Pacelli
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
T: 612 349 8500
F: 612 339 4181
sslaughter@robinskaplan.com
wstanhope@robinskaplan.com
jkitces@robinskaplan.com
skhoroosi@robinskaplan.com
ahurt@robinskaplan.com
mpacelli@robinskaplan.com

*/s/ Susan Brown*
Susan Brown
Michael Ram
**ROBINS KAPLAN LLP**
2440 West El Camino Real
Suite 100
Mountain View, CA 94040
T: 650.784.4007
sbrown@robinskaplan.com
mram@robinskaplan.com

*/s/ Daniel S. Robinson*
Daniel S. Robinson
**ROBINSON CALCAGNIE, INC.**
19 Corporate Plaza Drive
Newport Beach, CA 92660
Tel. (949) 720-1288
Fax: (949) 720-1292
drobinson@robinson.com

*/s/ Kevin H. Sharp*
Kevin H. Sharp
**SANFORD HEISLER SHARP**
611 Commerce Street
Suite 3100
Nashville, TN 37203
(615) 434-7001
ksharp@sanfordheisler.com

17

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
Erin Green Comite
**SCOTT+SCOTT, ATTORNEYS AT LAW, LLP**
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212.223.6444
Facsimile: 212.223.6334
jguglielmo@scott-scott.com
ecomite@ scott-scott.com

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.
Corey B. Bennett, Esq.
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, CA 94612
scole@scalaw.com
cbennett@scalaw.com

*/s/ Chris Seeger*
Chris Seeger
Jennifer Scullion
**SEEGERWEISS LLP**
77 Water Street
New York, NY 10005
Tel.: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com
jscullion@seegerweiss.com

*/s/ Norman E. Siegel*
Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
816-714-7112 tel
816-714-7101 fax
siegel@stuevesiegel.com

*/s/ Howard T. Longman*
Howard T. Longman
Michael Klein
Melissa Emert
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
Fax: (212) 490-2022
hlongman@ssbny.com
memert@ssbny.com
mklein@ssbny.com

*/s/ Stephen D. Susman*
Stephen D. Susman
**SUSMAN GODFREY LLP**
1000 Louisiana Suite 5100
Houston, Texas 77002
Tel.: (713) 651-9366
Fax: (212) 336-8340
ssusman@susmangodfrey.com

*/s/ Mary C. Turke*
Mary C. Turke
Samuel J. Strauss
**TURKE & STRAUSS LLP**
613 Williamson Street, Suite 201
Madison, WI 53703
T: 608 237 1775
F: 608 509 4423
mary@turkestrauss.com
sam@turkestrauss.com

*/s/ Gary E. Mason*
Gary E. Mason
**WHITFIELD BRYSON & MASON LLP**
5101 Wisconsin Ave NW, Suite 305
Washington, DC 20016
Tel.: (202) 429-2290
Fax: (202) 429-2294
gmason@wbmllp.com

*/s/ Janine Pollack*
Janine Pollack, Esq.
Correy Kamin, Esq.
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Phone: 212-545-4600
Fax: 212-686-0114
pollack@whafh.com
kamin@whafh.com

*/s/ Brian C. Gudmundson*
Brian C. Gudmundson
**ZIMMERMAN REED LLP**
1100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.341.0400
Facsimile: 612.341.0844
brian.gudmundson@zimmreed.com